

```
                                    FILED
                          UNITED STATES DISTRICT COURT
                           ALBUQUERQUE, NEW MEXICO

                                 OCT 13 2022

                             MITCHELL R. ELFERS
                                   CLERK

                              22cv766 MIS-GBW
```

9-701. Petition for writ of habeas corpus.
[For use with District Court Criminal Rule 5-802 NMRA]

STATE OF NEW MEXICO
COUNTY OF San Miguel
IN THE DISTRICT COURT

*For Official Use Only*
No. _____
(*To be supplied by the clerk of the court*)

Arsenio Anaya,
(*Full name of prisoner*)
    Petitioner,

v.

Warden Hatch,
(*Name of warden, jailor
or other person having
power to release the petitioner*)
    Respondent.

*Instructions — Read Carefully*

Make sure that all information provided in this form is true and correct. If more space is required, attach additional pages as needed. Make sure that all necessary documents are attached, or explain why the documents are not being included. If you are currently incarcerated, you may file the petition without payment of the filing fee. If you are not incarcerated and are seeking free process, complete Form 9-403.

Finally, you must complete the certificate of service and mail or otherwise serve copies of this petition on the respondent and the district attorney in the county in which the petition is filed. You must file the original petition and one copy with the Clerk of the District Court. You should keep a copy for your own records.

### PETITION FOR WRIT OF HABEAS CORPUS[1]

1. Arsenio Anaya (*name of person in custody*) is imprisoned or otherwise restrained at C.N.M.CF P.O. Drawer 1328 (Los Lunas (*name of facility and county of detention*) by N.M 87031-1328 (*name and title of person having custody*).

2. This petition (*SELECT ONLY ONE. If you wish to raise both types of claims, you must file two separate petitions and submit each petition in the location required by Rule 5-802(E)*):

    [X]  seeks to vacate, set aside or correct an illegal sentence or order of confinement (i.e., ineffective assistance of counsel, illegal search and seizure, involuntary confession, interpretation of the sentence by the institution or other matters relating to the trial or sentence the confined person received). *NOTE: If the petition seeks to vacate, set aside or correct the sentence or order of confinement, correct the Corrections Department's interpretation*

*or application of the sentence or order of confinement, or challenge the conviction, it shall be filed in the county of the court in which the matter was adjudicated, or, if the matter has not been adjudicated, it must be filed in the county of the court that ordered the contested confinement. See Rule 5-802(E)(1) NMRA.)*

[ ]   challenges confinement or conditions of confinement or matters other than the sentence or order of confinement. (*This applies only to matters arising after the confined person arrived at the institution, i.e., county jail confinement, mental hospital confinement, detention facility confinement, good time credit, misconduct report, prison due process violation or parole.*) NOTE: *If the petition challenges conditions of confinement or matters other than challenges to the sentence or order of confinement (those set forth in the first option), it shall be filed in the county where the petitioner is confined or restrained. See Rule 5-802(E)(2) NMRA.*

3. State concisely the facts upon which the confined person bases the claim:

base on defendant's refusal To consent To blood draw violated defendant's Right's against unreasonable search and seizure U.S. Const Amend 4; N M Stat. Ann §§ 66-8-102 (D)(3) 66-8111(A). STATE V. Vargas 2017-NMSC-029 404 P.3d 416 (N.M. 2017)

4. State concisely the grounds and law, or other legal authorities on which the confined person bases the claim:

Fourt Amendment was violated on unreusonable Search on a blood draw which constated an unreasonble Search which was illegal Search's and Seizures U.S. const Amend 4; N.M stat Ann §§ 66-8-102 (D)(3) 66-8-111(A) STATE V. Vargas 2017 N.M.SC-029-404-p 3.d 416 (NM 2017)

5. Have the grounds being raised in this petition been raised previously in your direct appeal? If so, explain the result. If not, explain why not:

NO Appeal ground's have been raised.

6. Have the grounds raised in this petition been raised previously in another petition for a writ of habeas corpus? If so, explain the result. If not explain why not:

NO

7. Briefly describe the relief requested:

I Request A New Trail Because my Right's have Been Violated on a fouet Amendment on U.S const Amend 4; N.M stat Ann §§ 66-8-102 (D)(3) 66-8111(A) STATE V Vargas 2017 N.MSC 029: 404 p 3.d 416 (NM 2017

8. State the nature of the court proceeding resulting in the confinement (*i.e., criminal prosecution, civil commitment, etc.*), including:

(a) case name:
**8. D.W I**

(b) docket number:
**D. 412-CR-2017-0051**

(c) name of judge:
**Lyndy Bennett**

(d) name and location of the court in which the proceeding was held:
**Fourth District Court of San Miguel County Las Vegas.n.m 87701**

9. State the date of the final judgment, order or decree for confinement:
**feb- 25th 2020**

10. Attach a copy of the judgment, order or decree. If not, describe your sentence.
**Jugment and sentence and Commitment Ten year's 8 DWI Case number D-412-CR- 0217-00251**

11. Was the conviction the result of:
✓ Guilty plea
___ No Contest plea (*nolo contendere*)
___ Finding of guilty by judge or jury

12. Was the confined person represented by an attorney during the proceedings resulting in the confinement?
✓ Yes
___ No

13. If you answered "yes" to (12), list the name and address of each attorney who represented the confined person:
**Micheal Aragon Attorney p.o Box 1777 Las Vegas. n.m 87701**

14. Did you appeal your conviction?
___ Yes (*Go to 15*)
✗ No (*Go to 16*)

15. If you answered "yes" to (14), list:

(a) The name of each court to which an appeal was taken:
**fourt District court County of San miguel Las vegas. n.m 87701**

(b) The case name and docket number for each appeal:
**0- 412-CR -2017-00251**

(c) The date each appeal was filed and decided: (*Attach a copy of each opinion or order*)
**NoNe**

(d) A summary of the grounds upon which each appeal was based:

_____
_____

(e) The result of each appeal:
denied
_____
_____

(f) The name and address of the attorney on appeal:
There was no Appeal on The pel. Bargan
Michael Aragon Law office
P·O Box 1777 Las Vegas. new mexico 87701

16. If you answered "no" to (14), state the reasons for not appealing:
because it was a plea Bargan

17. Apart from any appeals listed in (15), have any other post conviction applications, petitions or motions, been filed with regard to this same imprisonment or restraint?
   __X__ Yes (Go to 18)
   _____ No (Go to 19)

18. If you answered "yes" to (15), list with respect to each such petition or motion:
   (a) The type of proceeding:
   N/A
   _____

   (b) The name and date of each case:
   6-3-22

   (c) The docket number:
   D-412-CR-2017-00251

   (d) The court, the administrative agency, or institutional grievance committee from which relief was sought:
   N/A

   (e) The result of each proceeding. (Attach a copy of each decision.)
   N/A

   (f) The issues raised in each proceeding:
   N/A

   (g) State whether a hearing was held in connection with each of these proceedings:
   N/A

   (h) State whether the confined person was represented by an attorney in each proceeding and, if so, the attorney's name and address:
   N/A

19. Do you seek the appointment of counsel to represent you?[2]
   __X__ Yes
   _____ No

## VERIFICATION

STATE OF NEW MEXICO
COUNTY OF San Miguel

I, the undersigned, state that I am the petitioner in this action. I have read the foregoing petition and know and understand its contents, and the information contained herein is true and correct to the best of my knowledge, information and belief. I affirm under penalty of perjury under the laws of the State of New Mexico that on **10-◼-11**, **22** (*date*), I deposited this petition in the internal mail system of the institution in which I am confined, properly addressed with any necessary postage prepaid, for forwarding to the district court at the following address:
**Fourth Judicial District Court San Miguel** Court (*name of court*)
**Las Vegas, new Mexico** (*city*), New Mexico, **87701** (*zip code*).

_Arsenio Chaya_
(*Signature*)
**C.M.R.U. P.O. Drawer 1328**
(*Address*)
**Los Lunas, n.m 87031-1328**
PNM No., if applicable

## USE NOTE

1. After this petition is reviewed by the Court, the Court will enter the order granting or denying the writ or ordering a response before further action. The order shall be prepared by the Court.
2. Petitioners who are incarcerated at the time of filing the petition need not file a motion for free process and may file the petition without payment of the applicable filing fee. *See* Rule 5-802(D)(2) NMRA.

[Adopted, effective August 1, 1989; as amended by Supreme Court Order No. 09-8300-008, effective May 6, 2009; as amended by Supreme Court Order No. 14-8300-014, effective for all cases filed on or after December 31, 2014; as amended by Supreme Court Order No. 17-8300-025, effective for all cases pending or filed on or after December 31, 2017.]

Mr. Arsenio Anaya 38885-A-1-119
C.N.R.u
P.O. Drawer 1328
Los Lunas, N.M 87031

ALBUQUERQUE NM 870
11 OCT 2022 PM 3 F

United STATEs District Court
District of New Mexico
of The Clerk
Suite 270
87102-333 oLomas Blvd NW
Albuquerque N.M

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 13 2022

MITCHELL R. ELFERS
CLERK