IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARSENIO R. ANAYA,

    Petitioner,

v.                                          No. 22-cv-0766-MIS-DLM

FNU HATCH and
HECTOR BALDERAS,

    Respondents.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Arsenio Anaya's Fourth Habeas Petition Under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED without prejudice**; and the habeas case shall be **CLOSED**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE